IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEANNA WARNER-GRUNAU,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | CASE NO. 1:21-CV-00415<br><br>MAGISTRATE JUDGE AMANDA M. KNAPP<br><br>**JUDGMENT ENTRY** |

For the reasons stated in the related Memorandum Opinion and Order issued by this Court on this date, the final decision of the Commissioner is AFFIRMED.

This matter is terminated on the docket of this Court.

IT IS SO ORDERED.

Dated: February 28, 2023

/s/ Amanda M. Knapp
AMANDA M. KNAPP
UNITED STATES MAGISTRATE JUDGE